THE STATE EX REL. RITTNER, APPELLANT, *v.*

COURT OF CLAIMS OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Rittner v. Court of Claims*,

126 Ohio St.3d 108, 2010-Ohio-3233.]

*Appeals — Final orders — R.C. 2505.02 — Denial of motion for leave to file objection without service not appealable.*

(No. 2010-0386 — Submitted July 6, 2010 — Decided July 14, 2010.)

APPEAL from the Court of Appeals for Franklin County, No. 09AP-774.

_____

**Per Curiam.**

{¶ 1} We dismiss the appeal of Daniel L. Rittner from an order denying his motion for leave to file an objection without service on opposing counsel in the underlying mandamus case. The order appealed from is not a final, appealable order. See R.C. 2505.02; *State ex rel. Downs v. Panioto*, 107 Ohio St.3d 347, 2006-Ohio-8, 839 N.E.2d 911, ¶ 17 ("R.C. 2505.03 restricts the appellate jurisdiction of this court to the review of final orders, judgments, or decrees").

Appeal dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Daniel L. Rittner Sr., pro se.

_____